# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0771

VERSUS

FREDRICK SMITH

**AUGUST 11, 2023**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-03661.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The trial court's ruling denying the state's motion to continue is vacated. Pursuant to La. Code Crim. P. art. 711, unless the motion to continue is consented to by all parties, the motion shall be tried summarily and contradictorily with the adverse party. The trial court cannot deny the motion ex parte without giving the mover an opportunity to have a hearing and present evidence that can be reviewed by this court. Accordingly, the motion is remanded to the trial court for a contradictory hearing on the merits of the motion.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT